IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE,
AT CHATTANOOGA

| | |
|---|---|
| ROBERT EUGENE BARGER and SANDRA JOYCE BARGER | ) ) ) |
| Plaintiffs, | ) CIVIL ACTION ) |
| vs. | ) NO. 1:08-cv-78 ) |
| IDS PROPERTY CASUALTY INSURANCE COMPANY | ) JURY DEMAND ) ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiffs, Robert Eugene Barger and Sandra Joyce Barger, by and through counsel, and hereby dismiss the Complaint filed herein against Defendant IDS Property Casualty Insurance Company with full prejudice against another action and on the merits, pursuant to Rule 41(a) of the *Federal Rules of Civil Procedure*.

_____
Robert Eugene Barger

_____
Sandra Joyce Barger

_____
Mark G. Rothberger
Attorney for Plaintiffs
BPR No. 6216
Suite 150, 615 Lindsay Street
Chattanooga, TN 37403
(423) 756-8815

BAKER, KINSMAN, HOLLIS,
CLELLAND & WINER, P.C.
701 Market Street, Suite 1500.
Chattanooga, TN 37402-4825
(423) 756-3333

By: *N. Mark Kinsman* [signature]
N. Mark Kinsman, GA Bar #422250
*Attorneys For Defendant* TN Bar # 6059